# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

**DATE:** October 18, 2017

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** **PITTMAN, Dennis Mackel**
**Case No.: 5:93-CR-136-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
U.S. District Judge

On July 25, 1994, pursuant to a guilty plea to Conspiracy to Possess and Distribute Cocaine; Criminal Forfeiture; and Conspiracy to Defraud the Internal Revenue Service, Dennis Mackel Pittman appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to a Life term of imprisonment, to be followed by 10 years of supervised release. On September 11, 1995, pursuant to a Rule 35 Motion, the term of imprisonment was reduced to 420 months, and on April 30, 2014, pursuant to a second Rule 35 Motion, the term of imprisonment was further reduced to 281 months.

The defendant was released from custody on April 30, 2014, and began supervision in the Eastern District of North Carolina. Since his release, Pittman has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on April 29, 2024.

The probation office is requesting an early termination in this case. Assistant U.S. Attorney Jane Jackson has been contacted, and she has no objection to the early termination request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          10-20-17
Terrence W. Boyle                         Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:93-CR-136-1BO

**DENNIS MACKEL PITTMAN**

On April 30, 2014, the above named was released from prison and commenced a term of supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton  
Timothy L. Gupton  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: October 18, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _20_ day of _October_, 2017.

Terrence W. Boyle  
U.S. District Judge